(170 App. Div. 458)

### MITCHELL v. MITCHELL.

(Supreme Court, Appellate Division, First Department. December 10, 1915.)

Appeal from Special Term, New York County.

Action by Bertram Mitchell against Michael Mitchell, individually and as guardian of Bertram Mitchell. Judgment dismissing complaint, and plaintiff appeals. Reversed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and SMITH, JJ.

Harold Nathan, of New York City, for appellant.

Frederick L. Guggenheimer, of New York City (Otto Horwitz, of New York City, on the brief), for respondent.

LAUGHLIN, J. This appeal presents no question with respect to the statute of limitations, but otherwise the facts and questions involved are the same as those presented on the appeal in the action by Leon Mitchell against the same defendant, argued and decided herewith (156 N. Y. Supp. 76), and therefore, for the reasons assigned in the opinion in the other case, the judgment herein should be reversed, and an interlocutory judgment entered for an accounting, with costs to appellant to abide the event. Settle orders on notice. All concur.